An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON T. MATHIS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 60801

FILED

APR 10 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY

## ORDER OF REMAND

This is an appeal from a district court order denying a post-conviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Jerome T. Tao, Judge.

Appellant has filed a motion for a remand based on the district court's certification that it has reconsidered its decision to deny appellant's petition without appointing counsel. See Foster v. Dingwall, 126 Nev. ___, ___, 228 P.3d 453, 455-56 (2010). The motion is unopposed. Cause appearing, the motion is granted and we

ORDER this matter REMANDED to the district court.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

[1]This order constitutes our final disposition of this appeal. Any subsequent appeal shall be docketed as a new matter.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10597

cc: Hon. Jerome T. Tao, District Judge
McLetchie Law
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk